IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

No. 3:05CV355-K

FILED
CHARLOTTE, N. C.

- 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| BILLY G. STRICKLAND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>GUIDANT CORPORATION AND GUIDANT SALES CORPORATION<br><br>Defendants. | STIPULATION OF EXTENSION OF TIME IN WHICH TO FILE ANSWER OR OTHERWISE PLEAD |

NOW COME the Defendants, Guidant Corporation and Guidant Sales Corporation ("Guidant"), by and through undersigned counsel and the Plaintiff, Billy G. Strickland, by and through undersigned counsel, stipulating to an extension of time for the filing of the answer or other responsive motion or pleading by Defendant Guidant, extending such periods to the 10th day of October 2005.

This the 31st day of August 2005.

**ELLIS & WINTERS LLP**

*/s/ Leslie C. O'Toole*
Leslie C. O'Toole
State Bar No. 13640
Kevin B. Sobel-Read
State Bar No. 33600
P. O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7004
Facsimile: (919) 865-7010

*Counsel for Defendants Guidant Corporation and Guidant Sales Corporation*


**WALLACE AND GRAHAM, P.A.**

*/s/ Mona Lisa Wallace by fro with permission*
Mona Lisa Wallace
State Bar No. 9021
525 North Main Street
Salisbury, NC 28144
Telephone: (704) 633-5244
Facsimile: (704) 633-9434

*Counsel for Plaintiff Billy G. Strickland*

IT IS SO ORDERED, this the 2nd day of September, 2005.

*/s/ David C. Kessler*
DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE

2